O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7451 ODW (JWJx) | Date | September 17, 2009 |
|---|---|---|---|
| Title | *King Tuna, Inc. v. Anova Food, Inc.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** **Plaintiff's Request for Issuance of Letters Rogatory [304]**

Plaintiff's Request for Issuance of Letters Rogatory [304] for international judicial assistance in obtaining testimony from Blane Olson is DENIED without prejudice. Without commenting on the merits of Plaintiff's request,[1] Plaintiff is advised to review the notice procedures of the Federal Rules of Civil Procedure and the Court's Local Rules before filing any revised request.

**SO ORDERED.**

                                                                                    --  :  00
                                                            Initials of Preparer    RGN

---

[1] The Court will note, however, that Anova's arguments relating to the propriety of deposing Mr. Olson in light of the August 19, 2009 minute order are disingenuous. The Court specifically carved out an exception relating to Mr. Olson and, as Plaintiff notes, recommended an appropriate course of action pertaining to him.