R. Randall Huff (State Bar No. 46817)
rrhuff@earthlink.net
(626) 794-8750; Fax (626) 794-4422
2040 Meadowbrook Road,
Altadena, CA  91001

Of Counsel to:
The Zobrist Law Group
(434) 977-9666; Fax (434) 977-0326
Virginia National Bank Building
1900 Arlington Blvd, 2nd Floor, Suite B
Charlottesville, VA  22903

Attorneys for Defendant and Counterclaim Plaintiff ANOVA FOOD, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING TUNA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANOVA FOOD, INC., a Georgia corporation,<br><br>　　　　　Defendant. | Case No. CV07-07451 ODW (AJWx)<br><br>[Honorable Otis D. Wright, II, Dept. 11]<br><br>Complaint Filed:  November 14, 2007<br>Pretrial Conf:  April 19, 2010 at 3:00 p.m.<br>Trial: September 7, 2010 at 8:30 a.m.<br><br>**JUDGMENT BY THE COURT WITHOUT A JURY**<br><br>Trial in Dept. 11 |

1    This action was tried in two phases by Judge Otis D. Wright, II, in Department 11 of the above Court starting on May 4, 2010 (plaintiff's claims) and again starting on September 7, 2010 (counterclaimant's claims) without a jury, and the following decisions were reached based on Findings of Fact and Conclusions of Law entered by the Court on June 30, 2010 and February 24, 2011:

1.  It is ordered, adjudged and decreed that plaintiff and counterclaim defendant King Tuna, Inc. ("King Tuna") recover nothing, that all its claims and the Second Amended Complaint be dismissed with prejudice, and that defendant and counterclaimant Anova Food, Inc. ("Anova Inc.") recover costs from King Tuna.

2.  It is further ordered, adjudged and decreed that Anova Inc. recover from King Tuna its actual damages under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act") based on Anova Inc.'s counterclaims in the amount of $1,517,019.00, with postjudgment interest at the rate provided in 28 U.S.C. § 1961, along with costs.

3.  It is further ordered, adjudged and decreed that King Tuna is liable for civil penalties under the Patent False Marking Act, 35 U.S.C. § 292, in the amount of $1,845,522.00, with postjudgment interest at the rate calculated in accordance with 28 U.S.C. § 1961.  The penalty and any interest thereon will be split in half. One half shall be paid forthwith to Anova Inc. for prosecuting this *qui tam* action, and the other half shall be paid forthwith to the U.S. Treasury Department.

4.  It is also ordered, adjudged and decreed that pursuant to the Lanham Act, 15 U.S.C. §§ 1116 and 1125, *et seq.,* and California Business and Professions Code §§17200 and 17500 *et seq.,* King Tuna is permanently enjoined from marketing, marking, advertising and/or selling in the United States of America and its territories any seafood products marked or advertised as made under the Yamaoka U.S. Patent

No. 5,484,619 ("the '619 patent") unless such seafood is made fully in accordance to the '619 patent.

5. Anova Inc.'s right to and the amount of attorneys' fees as an exceptional case for defending against King Tuna's claims and for prosecuting its counterclaims against King Tuna under 15 U.S.C. § 1117(a) shall be determined by motion filed within 14 days after entry of judgment, pursuant to Local Rules and Fed. R. Civ. P. 54(d)(2), with King Tuna having the right to file a timely opposition and Anova Inc. having the right to file a reply brief within the normal motion timetables of this Court.

Dated: March 24, 2011

_____
Hon. Otis D. Wright, II,
United States District Judge

Approved as to form and content
this 9th day of March, 2011:

By  /s/  R. Randall Huff
       R. Randall Huff
Attorneys for Defendant/Counterclaimant
Anova Food, Inc.